Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503

*Attorney for Defendant*
*AT&T MOBILITY LLC*

*Appearances of additional Counsel and Counsel for each Defendant are on Next Page and on Signature Page*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC<br><br>　　　　Plaintiff,<br>　　v.<br>AT&T MOBILITY LLC,<br>　　　　Defendant. | Case No. 3:13-cv-2318-CAB-KSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS FOR U.S. PATENT NO. 7,443,906**<br><br>Date: May 6 – May 8, 2015<br>Place: 221 West Broadway, Courtroom 4C |
| SPH AMERICA, LLC<br><br>　　　　Plaintiff,<br>　　v.<br>RESEARCH IN MOTION, LTD, D/B/A BLACKBERRY LIMITED<br>　　　　Defendant. | Case No. 3:13-cv-2320-CAB-KSC |
| SPH AMERICA, LLC<br><br>　　　　Plaintiff,<br>　　v.<br>HUAWEI TECHNOLOGIES CO., LTD., et al. | Case No. 13-CV-2323-CAB-KSC |

| | |
|---|---|
| Defendants. | |
| SPH AMERICA, LLC<br><br>    Plaintiff,<br>  v.<br>T-MOBILE US, INC.,<br><br>    Defendant. | Case No. 3:13-cv-2324-CAB-KSC |
| SPH AMERICA, LLC,<br><br>    Plaintiff,<br>  v.<br>ZTE CORP., ET AL.,<br><br>    Defendants. | Case No. 3:13-cv-2326-CAB-KSC |

Eric Huang (admitted pro hac vice)
erichuang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

*Attorneys for Defendant BLACKBERRY LIMITED F/K/A RESEARCH IN MOTION LIMITED*

Callie Bjurstrom (CA SBN 137816)
callie.bjurstrom@pillsburylaw.com
Steven A. Moore (CA SBN 232114)
steve.moore@pillsburylaw.com
Inge Larish (CA SBN 276720)
inge.larish@pillsburylaw.com
Nicole S. Cunningham (CA SBN 234390)
nicole.cunningham@pillsburylaw.com
Richard Thill (CA SBN 236409)
richard.thill@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone:  619-544-5000; Facsimile:  619-819-4418

Attorneys for Defendant and Counter-Plaintiff
ZTE(USA) INC.

JOSE L. PATIÑO, CA Bar No. 149568
    jpatino@foley.com
NICOLA A. PISANO, CA Bar No. 151282
    npisano@foley.com
CHRISTOPHER C. BOLTEN, CA Bar No. 268284
    cbolten@foley.com
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE:    858.847.6700
FACSIMILE:    858.792.6773

Attorneys for Defendants and Counter-Plaintiffs
HUAWEI TECHNOLOGIES CO., LTD.,
FUTUREWEI TECHNOLOGIES, INC.
and HUAWEI DEVICE USA, INC.

Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Amr O. Aly (*pro hac vice*)
MAYER BROWN LLP
aaly@mayerbrown.com
1675 Broadway
New York, NY 10019
Telephone:  (212) 506-2304
Facsimile:  (212) 775-8818

Stephen E. Baskin (*pro* hac vice)
MAYER BROWN LLP
sbaskin@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300

Edward D. Johnson (SBN 189475)
MAYER BROWN LLP
wjohnson@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060

*Attorney for Defendant*
*AT&T MOBILITY LLC*

Michael J. Newton (CA SBN 156225)
mike.newton@alston.com
ALSTON & BIRD LLP
2828 N. Harwood St., Suite 1800
Dallas, TX 7520
Telephone:  214-922-3400
Facsimile:   214-922-3899

Ross R. Barton (*pro hac vice*)
ross.barton@alston.com
ALSTON & BIRD LLP
101 S. Tryon St., Suite 4000
Charlotte, NC 28280
Telephone:  704-444-1000
Facsimile:  704-444-1677

*Attorneys for Defendants T-Mobile US, Inc.*

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 6 – May 8, 2015, pursuant to the Amended Case Management Order re: Claim Construction Schedule, the parties may be heard in Courtroom 4C of the United States District Court for the Southern District of California at 221 West Broadway, San Diego, CA 92101, before the Honorable Cathy A. Bencivengo, Defendants AT&T Mobility, LLC; BlackBerry Limited f/k/a Research In Motion Limited; Huawei Technologies, Co., Ltd., Huawei Device USA, Inc., Futurewei Technologies, Inc.; T-Mobile US, Inc.; and ZTE (USA), Inc. (collectively, "Defendants") will, and hereby do, move for summary judgment of invalidity due to indefiniteness of claim 14 of U.S. Patent No. 7,443,906.  This Motion is based upon this Notice of Motion and the concurrently-filed Memorandum of Points & Authorities, Declaration of Stephen Wicker, Ph.D. and exhibits thereto, the Federal Rules of Civil Procedure, the files and records of this Court, and any and all other materials submitted to the Court on or before the time of its decision on this matter.

Dated:  March 20, 2015

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN LLP

By: */s/ Kevin P.B. Johnson*
Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100

*Attorneys for Defendant BlackBerry Limited f/k/a Research In Motion Limited*

FOLEY & LARDNER LLP

By:  /s/ Jose L. Patiño
Jose L. Patiño, CA Bar No. 149568
Nicola A. Pisano, CA Bar No. 151282
Christopher C. Bolten, CA Bar No. 268284
*Attorneys for Defendants and Counter-Plaintiffs HUAWEI TECHNOLOGIES CO., LTD., FUTUREWEI TECHNOLOGIES, INC. AND HUAWEI DEVICE USA, INC.*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  /s/ Nicole S. Cunningham
Nicole S, Cunningham CA Bar No. 234390
Callie A. Bjurstrom CA Bar No. 137816
Steven A. Moore CA Bar No. 232114
Inge Larish CA Bar No. 276720
Richard W. Thill CA Bar No. 236409
*Attorneys for Defendant and CounterPlaintiff ZTE (USA) INC.*

MAYER BROWN LLP

By: /s/ Dale J. Giali
Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Amr O. Aly (*pro hac vice*)
*aaly@mayerbrown.com*
mailto:1675 Broadway
New York, NY 10019
Telephone:  (212) 506-2304
Facsimile:  (212) 775-8818

Stephen E. Baskin (*pro* hac vice)
*sbaskin@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone  (202) 263-3000
Facsimile: (202) 263-3300

Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone (650) 331-2000
Facsimile: (650) 331-2060

*Attorneys for Defendant
AT&T MOBILITY LLC*

ALSTON & BIRD LLP

By: */s/ Michael J. Newton*
Michael J. Newton (CA SBN 156225)
ALSTON & BIRD LLP
2828 N. Harwood St., Suite 1800
Dallas, TX 75201
Tel.:  214-922-3400; Fax:  214-922-3899
mike.newton@alston.com

Ross R. Barton (*pro hac vice*)
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC  28280
Telephone (704) 444-1000
Facsimile (214) 444-1677
ross.barton@alston.com

*Attorneys for Defendants T-Mobile US, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and forgoing document has been served on March 20, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

MAYER BROWN LLP

By: */s/ Dale J. Giali*
Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248